IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


JOSEPH A. ELLIOTT, SR.,         )
                Plaintiff    )
                   )
     vs.                  ) Civil Action No. 06-447
                   ) Judge Joy Flowers Conti/
DARLENE LINDERMAN, Mail Room ) Magistrate Judge Amy Reynolds Hay
Supervisor; HARRY WILSON,    )
Superintendent; CAROL A. SCIRE,   )
Superintendent Assistant/Grievance   )
Coordinator; MARY ANN KUSHNER,  )
Administrative Officer; RAYMOND W.  )
DORIAN, Assistant Counsel; JEFFREY  )
A. BEARD, Secretary of the Department of )
Corrections of Pennsylvania,      )
              Defendants   )


## ORDER


      AND NOW, this 26th day of March, 2007, after the plaintiff, Joseph A. Elliott,

Sr.,  filed an action in the above-captioned case,  and after a Report and Recommendation was

filed by the United States Magistrate Judge granting the parties ten days after being served with a

copy to file written objections thereto, and no objections having been filed, and upon

independent review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

      IT IS HEREBY ORDERED that the complaint is dismissed for failure to

prosecute;

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.


/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge


cc:      Honorable Amy Reynolds Hay
         United States Magistrate Judge

         Joseph A. Elliott, Sr.
         CA-1717
         SCI Fayette
         Box 9999
         LaBelle, PA 15450-0999

         Mariah Passarelli
         Deputy Attorney General
         Office of the Attorney General
         6th Floor, Manor Complex
         564 Forbes Avenue
         Pittsburgh, PA 15219